1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (SBN 145771)
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
6  Telephone: (415) 436-7161
   Facsimile:  (415) 436-7169
7  stephen.johnson1.@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,            )
                                          ) Case No.:  CR 99-40010 SBA
13 |          Plaintiff,                  )
                                          )
14 |     v.                               )
                                          )
15 | DONALD EDWARD COZINE,                )
                                          )
16 |          Defendant.                  ) **ORDER REMITTING FINE**
                                          )
17

       Upon petition of the United States of America, and for good cause shown,
18
       IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §
19
   3573, the unpaid portion of the fine imposed against the defendant in the amount of $4200.00,
20
   accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.
21

22

23
   Dated: 11/1/10                          _____
24                                         SANDRA B. ARMSTRONG
                                           United States District Judge
25

26

27

28